UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:19-CV-24007-COOKE/GOODMAN

IVETTE PORTELA,

    Plaintiff,

vs.

HOMESTEAD RESEARCH INSTITUTE, INC.,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, Ivette Portela, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice Defendant, Homestead Research Institute, Inc., from this action.

Respectfully submitted on this 7th day of February, 2020.

                                        By: */s/ Gadiel A. Espinoza, Esq.*
                                        Gadiel A. Espinoza, Esq.
                                        Florida Bar No. 121831
                                        **PEREGONZA LAW GROUP, PLLC**
                                        1414 NW 107th Ave. Ste. 302
                                        Doral, FL 33172
                                        Tel. (786) 650-0202
                                        Fax. (786) 650-0200
                                        Email: office@peregonza.com
                                        Email: gadiel@PereGonza.com
                                        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 7, 2020, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all parties via transmission of Notice of Electronic Filing generated by CM/ECF.

          By: */s/ Gadiel A. Espinoza, Esq*.
          Gadiel A. Espinoza, Esq.
          Florida Bar No. 121831